LAW OFFICE OF
**ROBERT L. KEOGH**
POST OFFICE BOX GZ
HAGATÑA, GUAM 96932
TELEPHONE (671) 472-6895

Attorneys for Plaintiffs



**FILED
DISTRICT COURT OF GUAM
DEC 1 0 2012
JEANNE G. QUINATA
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| CHIAKI OSHIMO, YUKI OSHIMO and TAKAHIDE OSHIMO by and through their Guardian Ad Litem SHINJI OSHIKO, and SHINJI OSHIMO in his individual capacity,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY HILL COMPANY GUAM, LTD. dba TARZA WATERPARK and CHUNG KUO INSURANCE COMPANY, LTD.,<br><br>Defendants. | CIVIL CASE NO. CIV11-00005<br><br><br><br><br><br><br><br><br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |
| CITY HILL COMPANY GUAM, LTD. dba TARZA WATERPARK and CHUNG KUO INSURANCE COMPANY, LTD.,<br><br>Counter-claimants,<br><br>vs.<br><br>SHINJI OSHIMO,<br><br>Counter-Defendant. | |

The parties herein, by and through their respective undersigned counsel, hereby stipulate and agree that the above-entitled action shall be dismissed **with prejudice**, the parties herein to bear their own attorneys fees and costs.

**ORIGINAL**

STIPULATION TO DISMISS WITH PREJUDICE
Oshimo v. City Hill Company Guam, Ltd., et. al.
Civil Case No. CIV11-00005

STIPULATED AND AGREED.

LAW OFFICE OF ROBERT L. KEOGH
Attorneys for Plaintiffs and Counter-Defendant

DATE: 12/6/12    By: _____
                     ROBERT L. KEOGH

BLAIR STERLING JOHNSON & MARTINEZ
Attorneys for Defendants and Counter-claimants City Hill Company Guam, Ltd. dba Tarza Waterpark and Chung Kuo Insurance Company, Ltd.

DATE: 12/6/12    By: _____
                     THOMAS C. STERLING

CIVILLE & TANG, PLLC
Attorneys for Defendant and counter-claimant City Hill Company Guam, Ltd. dba Tarza Waterpark

DATE: 12/7/12    By: _____
                     G. PATRICK CIVILLE

2